WAUKESHA COUNTY AGRICULTURAL SOCIETY, Respondent, vs. WISCONSIN CENTRAL RAILWAY COMPANY, Appellant.

*March 25—April 17, 1903.*

*Appealable order: Change of venue.*

An order denying a motion for a change of the place of trial is not appealable, under sec. 3069, Stats. 1898.

APPEAL from an order of the circuit court for Waukesha county: JAMES J. DICK, Circuit Judge. *Appeal dismissed.*

Action to recover damages alleged to have been caused by negligence of defendant in allowing fire to escape from one of its locomotive engines which ignited plaintiff's property, destroying the same. There was a motion on behalf of defendant for a change of the place of trial, and this appeal is from the order denying the same.

The cause was submitted for the appellant on the brief of *Howard Morris* and *Thos. H. Gill,* and for the respondent on that of *Ryan, Merton & Newbury.*

MARSHALL, J. Such orders are not appealable. It has been repeatedly so held. *Evans v. Curtiss,* 98 Wis. 97, 73 N. W. 432; *Latimer v. Central E. Co.* 101 Wis. 310, 77 N. W.

155; *Latimer v. Julius Andrae & Sons Co.* 101 Wis. 311, 77 N. W. 1119; *State ex rel. Spence v. Dick,* 103 Wis. 407, 79 N. W. 421. It is now about eight years since the law respecting appealable orders was so changed as to take such as the one involved here out of the appealable class, and five years since it was so distinctly decided by this court. An order is not in such class merely because it denies a substantial right, as was formerly the case. To be in that class it must be: (a) one preventing a judgment from which an appeal may be taken; (b) one entered in a special proceeding or in an action after judgment; (c) one granting, refusing, continuing or modifying a provisional remedy, or granting, refusing, modifying or dissolving an injunction, or setting aside or dismissing a writ of attachment for irregularity, or granting a new trial or sustaining or overruling a demurrer; (d) or one vacating or refusing to set aside an order made at chambers which would be appealable if made by the court. Sec. 3069, Stats. 1898. Careful attention to this will prevent a recurrence of the mistake we find here.

*By the Court.*—The appeal is dismissed.